**GUST ROSENFELD P.L.C.**
One East Washington, Suite 1600
Phoenix, Arizona 85004-2553
Telephone No. (602) 257-7989
Facsimile No. (602) 254-4878
Robert C. Williams - 033213
*rwilliams@gustlaw.com*
Attorneys for ***OneAZ Credit Union***

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | (Chapter 13) |
|---|---|
| LARRY K. ROBERTS and LUCILLE O. ROBERTS, | Case No: 4:21-bk-06300-SHG |
| Debtors. | |

## <u>NOTICE OF WITHDRAWAL OF PROOF OF CLAIMS NO. 7-1 AND 8-1</u>

Please take notice that OneAZ Credit Union, a creditor and party-in-interest in the above captioned bankruptcy case, hereby withdraws its Proof of Claims dated October 12, 2021 and docketed as Claim Nos. 7-1 and 8-1, for the reason that they were filed in the wrong case. This withdrawal does not affect this secured creditor's Proof of Claim No. 9-1, or any subsequent amendments relating to said claim.

Dated this 10th day of November, 2021.

**GUST ROSENFELD P.L.C.**

By: */s/ Robert C. Williams # 033213*
Robert C. Williams
Attorneys for ***OneAZ Credit Union***

The foregoing electronically
filed this 10th day of November, 2021 with:

CLERK, UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
*https://ecf.azb.uscourts.gov*

4295890.1

Copies of the foregoing mailed
this 10th day of November, 2021 to:

Alan R. Solot
Upright Law
6363 N. Swan, Ste. 200
Tucson, AZ 85718
Attorney for *Debtors*

Dianne C. Kerns
31 N. 6th Avenue, #105-152
Tucson, AZ 85701
*Chapter 13 Trustee*

Patricia Doyle-Kossick
Patricia Doyle-Kossick, PLC
4500 S. Lakeshore Dr., #320
Tempe, AZ 85282
Attorneys for *JPMorgan Chase Bank, N.A.*

Janet Marie Spears
Aldridge Pite, LLP
4375 Jutland Dr.
San Diego, CA 92117
Attorneys for *JPMorgan Chase Bank, N.A.*

John D. Yohe
McCarthy Holthus LLP
8502 E. Via De Ventura, Ste. 200
Scottsdale, AZ 85258
Attorneys for *U.S. Bank National Association, as trustee on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-3*

By /s/ *Joslin Vega*

4295890.1